## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

## FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| Debtor: | BALTIMORE GRILL, INC | Applicant: | Fitzpatrick, Bongiovanni & Kelly |
| Case No.: | 16-10816 | Client: | Debtor |
| Chapter: | 11 | Case Filed: | January 18, 2016 |

## SECTION 1
## FEE SUMMARY

☒ Interim Fee Application No. 1_____ or ☐ Final Fee Application

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $ 0.00 | $ 0.00 |
| Total Fees Allowed To Date: | $ 0.00 | $ 0.00 |
| Total Retainer (If Applicable) | $ 0.00 | $ 0.00 |
| Total Holdback (If Applicable) | $ 0.00 | $ 0.00 |
| Total Received By Applicant | $ 0.00 | $ 0.00 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. Thomas W. Aromando, CPA | 1980 | 55.1 | 200.00 | 11,020.00 |
| 2. MICHAEL J. McGUIRE, CPA | 1996 | .3 | 200.00 | 60.00 |
| 3. Paula A. Rowe, accountant/bookkeeper | 27 years | 53.0 | 75.00 | 3,975.00 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |

| | |
|---|---|
| Fee Totals: | 15,055.00 |
| Disbursements Totals: | 0.00 |
| Total Fee Application | 15,055.00 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | 0.00 | 0.00 |
| b) **Asset Disposition** Sales, leases, abandonment and related transaction work. | 0.00 | 0.00 |
| c) **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | 0.00 | 0.00 |
| d) **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | 24.80 | 4172.50 |
| e) **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 18.50 | 3450.00 |
| f) **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | 0.00 | 0.00 |
| g) **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | 0.00 | 0.00 |
| h) **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 0.00 | 0.00 |
| i) **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | 0.00 | 0.00 |
| j) **Financing** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | 0.00 | 0.00 |
| k) **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 0.00 | 0.00 |
| l) **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 0.00 | 0.00 |
| m) **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 0.00 | 0.00 |

2

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| n) **Relief from Stay Proceedings** <br> Matters relating to termination or continuation of automatic stay under 362. | 0.00 | 0.00 |
| o) **Accounting/Auditing** <br> Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | 39.20 | 3315.00 |
| p) **Business Analysis** <br> Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | 16.30 | 3260.00 |
| q) **Corporate Finance** <br> Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | 0.00 | 0.00 |
| r) **Data Analysis** <br> Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | 0.00 | 0.00 |
| s) **Litigation Consulting** <br> Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | 0.00 | 0.00 |
| t) **Reconstruction Accounting** <br> Reconstructing books and records from past transactions and brining accounting current. | 0.00 | 0.00 |
| u) **Tax Issues** <br> Analysis of tax issues and preparation of state and federal tax returns. | 8.80 | 697.50 |
| v) **Valuation** <br> Appraise or review appraisals of assets. | 0.00 | 0.00 |
| w) **Travel Time** | 0.80 | 160.00 |
| **SERVICE TOTALS:** | 108.40 | 15055.00 |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| | DISBURSEMENTS | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | 0.00 |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | 0.00 |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | 0.00 |
| d) | **Fax**<br>Include per page fee charged. | 0.00 |
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | 0.00 |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | 0.00 |
| g) | **Outside Reproduction Services**<br>Including scanning services. | 0.00 |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | 0.00 |
| i) | **Court Reporting**<br>Transcripts. | 0.00 |
| j) | **Travel**<br>Mileage, tolls, airfare, parking. | 0.00 |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | 0.00 |
| l) | **Postage** | 0.00 |
| m) | **Other (specify)** | 0.00 |
| | **DISBURSEMENTS TOTAL:** | 0.00 |

I certify under penalty of perjury that the above is true.

Date:  6/6/2016

Signature

*rev. 10/1/15*

4

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Ira R. Deiches, Esq.**
**Deiches & Ferschmann**
A Professional Corporation
25 Wilkins Avenue
Haddonfield, NJ 08033
(856)428-9696
**Attorneys for Baltimore Grill, Inc.**

In the Matter of:

BALTIMORE GRILL, INC.,

Debtor.

Case No.  16-10816

Judge: Hon. Jerrold N. Poslusny, Jr.

Chapter 11

Hearing Date: July 7, 2016
2:00 p.m.

## FIRST APPLICATION FOR INTERIM ALLOWANCE
## TO ACCOUNTANT FOR DEBTOR

TO:   The Honorable Jerrold N. Poslusny, Jr., Judge, United States Bankruptcy Court:

The application of Thomas W. Aromando, CPA, respectfully represents:

1.   I am the accountant for Baltimore Grill, Inc., Debtor herein ("Debtor"). A copy of the Order of this Court entered on March 3, 2016, approving my retention as accountant for Debtor, is attached hereto.

2.   All of the services for which compensation is requested were performed for and on behalf of Debtor and not on behalf of anyone else.

3.   The services performed by your applicant as accountant for Debtor consisted generally of conferring with Debtor's management, review and analysis of Debtor's sales, financial, payroll, and tax records, preparation of Debtor's 1st quarter 2016 payroll returns and Monthly Operating Reports to U.S. Trustee, and other services performed by your applicant and by members and bookkeeping staff of my accounting firm, Fitzpatrick, Bongiovanni & Kelly, CPAs, as reflected on the staff assignment list and the itemization of services attached hereto and made a part hereof.

4.   My arrangement with Debtor for compensation is task related, with services rendered on an hourly basis ranging from $75.00 to $200.00 per hour, depending upon the task performed and the

hourly rate of the individual performing the task. Charges for the tasks for which compensation are sought in this application are $15,055.00, as reflected on the itemization of services attached hereto and made a part hereof.

5.      Considering the degree of responsibility, the time spent and the results accomplished, your applicant believes that $15,055.00 is a reasonable fee for services rendered to Debtor.

WHEREFORE, your applicant prays that this Court approve your applicant's request for interim allowance as accountant for Debtor for services rendered in the sum of $15,055.00, for which no prior application has been made.

Dated:  June 6, 2016

_____
THOMAS W. AROMANDO

STATE OF NEW JERSEY )
                     :ss
COUNTY OF ATLANTIC )

THOMAS W. AROMANDO, of full age, being duly sworn according to law, upon his oath deposes and says:

1.      I am the person named in the foregoing Application, and the matters and things contained therein are true.

2.      No agreement or understanding exists between your applicant and anyone else for a division of the compensation to be received in this case.

_____
THOMAS W. AROMANDO

Sworn and subscribed to before me
this 6 day of June, 2016.

_____
PAULA A. ROWE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 9/22/2020

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ira R. Deiches, Esquire  (ID 2461)
DEICHES & FERSCHMANN
A Professional Corporation
25 Wilkins Avenue
Haddonfield, NJ  08033
856-428-9696
Attorneys for Debtor

Order Filed on March 3, 2016 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

BALTIMORE GRILL, INC.

Debtor and Debtor-in-Possession

Case No.: _____16-10816_____

Chapter: _____11_____

Judge: _____Jerrold N. Poslusny_____

## ORDER AUTHORIZING RETENTION OF
## ACCOUNTANT FOR DEBTOR

The relief set forth on the following page is **ORDERED**.

DATED: March 3, 2016

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case 16-10816-JNP    Doc 16-8 Filed 03/02/16 Entered 03/02/16 13:49:59:2 Desc Main
Proposed Order Page 2 of 2

Upon the applicant's request for authorization to retain _____ Thomas W. Aromando, CPA,

as _____ accountant for Debtor _____ , it is hereby ORDERED:

1.  The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:   Fitzpatrick, Bongiovanni & Kelly

    401 New Road, Suite #102

    Linwood, NJ 08221

2.  Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.  If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.  The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

**Fitzpatrick, Bongiovanni & Kelly, CPA's**
**Names and rates for staff assignment**

Client name      **Baltimore Grill, Inc. - DIP**
**Case #16-10816**

| Staff ID | Name | Position | Hourly rate |
|---|---|---|---|
| PAR | Paula A. Rowe | Bookkeeper | $    75.00 |
| TWA | Thomas W. Aromando, CPA, CVA | CPA-Partner | $    200.00 |
| MJM | Michael J. Maguire, CPA | CPA-Partner | $    200.00 |

*Fitzpatrick Bongiovanni & Kelly, PC*

# Billing Worksheet

January 18, 2016  -  April 30, 2016

**BAL05  Baltimore Grill, Inc. - DIP        Case No. 16-10816**
2800-02 Atlantic Avenue
Atlantic City, NJ  08401

| Engage ment | Staff | Activity | Date | Hourly rate | Hours | Amount | Comments / Biller Note |
|---|---|---|---|---|---|---|---|
| **Bookkeeping** | | | | | | | |
| ACC | PAR | 1006 | 03/10/16 | 75.00 | 0.50 | 37.50 | rev day sheets |
| ACC | PAR | 1006 | 03/16/16 | 75.00 | 1.00 | 75.00 | Feb sales summary |
| ACC | PAR | 1004 | 03/18/16 | 75.00 | 3.50 | 262.50 | enter Daily sheet info in QB |
| ACC | PAR | 1004 | 03/19/16 | 75.00 | 2.50 | 187.50 | enter daily sheets |
| ACC | PAR | 1004 | 03/21/16 | 75.00 | 2.50 | 187.50 | QB - enter Feb info |
| ACC | PAR | 1004 | 03/23/16 | 75.00 | 6.00 | 450.00 | enter March QB - prepare Sales Summary - contact ADP for GL download |
| ACC | PAR | 1004 | 03/24/16 | 75.00 | 3.50 | 262.50 | reenter Jan Daily in QB/verify deposit with bank stmt |
| ACC | PAR | 1004 | 03/25/16 | 75.00 | 5.00 | 375.00 | update sales journal |
| ACC | PAR | 1004 | 04/01/16 | 75.00 | 2.00 | 150.00 | enter daily sales in QB |
| ACC | PAR | 1012 | 04/02/16 | 75.00 | 1.00 | 75.00 | enter daily sales in QB |
| ACC | PAR | 1004 | 04/17/16 | 75.00 | 3.00 | 225.00 | March QB/bank rec/Sales tax summary |
| ACC | PAR | 1004 | 04/19/16 | 75.00 | 5.00 | 375.00 | Mar sales summary/1st qtr sales tax/deposit verification; March bank recs; payroll reports |
| ACC | TWA | 1012 | 04/21/16 | 200.00 | 1.00 | 200.00 | w/ Paula - review Mar 2016 activity; bank rec for March 2016 |
| ACC | PAR | 1004 | 04/21/16 | 75.00 | 0.70 | 52.50 | March dep verification |
| ACC | TWA | 1024 | 04/22/16 | 200.00 | 2.00 | 400.00 | Review QB posting and adj thru 3/31/2016 |
| | | | **Bookkeeping Totals** | | 39.20 | 3,315.00 | |

| Engage ment | Staff | Activity | Date | Hourly rate | Hours | Amount | Comments / Biller Note |
|---|---|---|---|---|---|---|---|
| **Payroll Tax Return - Quarterly** | | | | | | | |
| TXB | PAR | 1020 | 01/15/16 | 75.00 | 1.50 | 112.50 | PR reports & summary to client |
| TXB | PAR | 1020 | 02/20/16 | 75.00 | 1.50 | 112.50 | January Sales Tax Summary |
| TXB | PAR | 1020 | 02/22/16 | 75.00 | 1.00 | 75.00 | Jan sales tax summary |
| TXB | PAR | 1020 | 02/22/16 | 75.00 | 0.50 | 37.50 | e-file Jan1-18 sales tax (Michael requested) |
| TXB | PAR | 1020 | 04/26/16 | 75.00 | 2.00 | 150.00 | 1st qtr PR |
| TXB | PAR | 1020 | 04/26/16 | 75.00 | 1.00 | 75.00 | tax payment analysis for 1st qtr - pre & post DIP |
| TXB | TWA | 1024 | 04/28/16 | 200.00 | 0.30 | 60.00 | Tech review |
| TXB | PAR | 1020 | 04/29/16 | 75.00 | 1.00 | 75.00 | 1st qtr PR reports |
| | | | **Payroll Tax Return - Quarterly Totals** | | 8.80 | 697.50 | |

*Fitzpatrick Bongiovanni & Kelly, PC*

# Billing Worksheet
January 18, 2016  -  April 30, 2016

**BAL05  Baltimore Grill, Inc. - DIP      Case No. 16-10816**
2800-02 Atlantic Avenue
Atlantic City, NJ  08401

| Engage ment | Staff | Activity | Date | Hourly rate | Hours | Amount | Comments / Biller Note |
|---|---|---|---|---|---|---|---|
| **Litigation Support Services** | | | | | | | |
| LSS | TWA | 1008 | 1/16/2016 | 200.00 | 0.50 | 100.00 | Tel w/ Cheryl re: Ira, etc. |
| LSS | PAR | 1008 | 1/16/2016 | 75.00 | 2.00 | 150.00 | Sales summary/email |
| LSS | TWA | 1008 | 01/20/16 | 200.00 | 1.00 | 200.00 | w/ Debi, tel w/ Cheryll, tel w/ Ira - re: bkkg work |
| LSS | TWA | 1008 | 01/25/16 | 200.00 | 0.20 | 40.00 | Tel w/ Cheryll |
| LSS | PAR | 1012 | 02/18/16 | 75.00 | 0.50 | 37.50 | w/TWA |
| LSS | PAR | 1012 | 02/19/16 | 75.00 | 0.50 | 37.50 | w/TWA re: new engagement |
| LSS | PAR | 1012 | 02/20/16 | 75.00 | 0.50 | 37.50 | w/TWA |
| LSS | TWA | 1008 | 02/22/16 | 200.00 | 0.50 | 100.00 | w/ Michael and tel to Ira re: sales and lux tax filings |
| LSS | PAR | 1008 | 02/29/16 | 75.00 | 0.30 | 22.50 | w/TWA & Clients |
| LSS | TWA | 1044 | 02/09/16 | 200.00 | 0.50 | 100.00 | emails re: post bankruptcy accounting work |
| LSS | TWA | 1044 | 02/19/16 | 200.00 | 1.00 | 200.00 | Correspondence 2016 bookkeeping and tax work |
| LSS | TWA | 1044 | 02/20/16 | 200.00 | 0.50 | 100.00 | Update 2016 acctg work summary |
| LSS | TWA | 1044 | 02/22/16 | 200.00 | 0.50 | 100.00 | Review court docs to appoint FBK |
| LSS | TWA | 1008 | 02/23/16 | 200.00 | 0.50 | 100.00 | w/ Chris, Cheryll re: bkkg services |
| LSS | TWA | 1044 | 02/25/16 | 200.00 | 1.00 | 200.00 | Reply to Ira's email request- create Chart of Accts; scan sales tax and Luxury tax forms and pmts |
| LSS | TWA | 1008 | 02/29/16 | 200.00 | 0.50 | 100.00 | w/ Cheryll and Jake - bank stmts |
| LSS | TWA | 1008 | 03/04/16 | 200.00 | 0.50 | 100.00 | Tel w/ Cheryll re:  acctg; review info received |
| LSS | TWA | 1044 | 03/13/16 | 200.00 | 1.00 | 200.00 | email to Ira; prep of extension for 2015 |
| LSS | TWA | 1012 | 03/17/16 | 200.00 | 2.00 | 400.00 | w/ Paula; setup new QB file; memorized JE for sales and CPO, setup Chart of Accts; review daily sheets excel |
| LSS | TWA | 1008 | 03/17/16 | 200.00 | 1.50 | 300.00 | Meeting at Balt Grill to setup acctg, online banking, fax requests, etc. |
| LSS | TWA | 1010 | 03/17/16 | 200.00 | 0.80 | 160.00 | Travel to Balt Grill for 9:30 mtg and return to Linwood |
| LSS | TWA | 1044 | 03/17/16 | 200.00 | 1.50 | 300.00 |  w/ OCHB trying to get online access - never given to FBK |
| LSS | TWA | 1008 | 03/18/16 | 200.00 | 1.50 | 300.00 | emails, tel w/ Cheryll, Debi - trying to get access to online banking, tel w/ Jack re: batch amts, etc. |
| LSS | TWA | 1044 | 03/21/16 | 200.00 | 0.50 | 100.00 | Tel w/ OCHB and Debi to gain online access to bank accts at OCHB |
| LSS | TWA | 1006 | 03/25/16 | 200.00 | 1.00 | 200.00 | w/ Paula re: cc deposits; correspondence w/ OC Home Bank to access Elevon for discount fees on CC |
| LSS | PAR | 1012 | 04/06/16 | 75.00 | 0.50 | 37.50 | rev info needed for reports |
| LSS | PAR | 1004 | 04/06/16 | 75.00 | 2.00 | 150.00 | DIP report info |
| LSS | TWA | 1044 | 04/15/16 | 200.00 | 0.30 | 60.00 | email from Ira re: NJ Proof of Claim |
| LSS | TWA | 1044 | 04/21/16 | 200.00 | 1.00 | 200.00 | Review Certification in support of Director |
| LSS | TWA | 1020 | 04/26/16 | 200.00 | 1.00 | 200.00 | Prep schedule to allocate p/r liab from DIP and prior to DIP |
| | | | **Litigation Support Services Totals** | | **25.60** | **4,332.50** | |

## *Fitzpatrick Bongiovanni & Kelly, PC*
## Billing Worksheet
### January 18, 2016 - April 30, 2016

**BAL05　Baltimore Grill, Inc. - DIP　　Case No. 16-10816**
2800-02 Atlantic Avenue
Atlantic City, NJ  08401

| Engage ment | Staff | Activity | Date | Hourly rate | Hours | Amount | Comments / Biller Note |
|---|---|---|---|---|---|---|---|
| **MOR - Bankruptcy report** | | | | | | | |
| LSS | TWA | 1006 | 03/23/16 | 200.00 | 2.00 | 400.00 | Online w/ OCHB; review and print Jan-Feb 2016; compare deposits to QB file and daily sheets; w/ Paula |
| LSS | TWA | 1008 | 03/24/16 | 200.00 | 0.50 | 100.00 | email and tel w/ Cheryll re: $6k transfer from DIP acct in Jan 2016 |
| LSS | TWA | 1006 | 03/29/16 | 200.00 | 2.00 | 400.00 | tel w/ Michael; review FTD; online access to OCHB and review checking activity thru 3/29; review historical activity for cash flow worksheet |
| LSS | MJM | 1020 | 04/01/16 | 200.00 | 0.30 | 60.00 | Provide Excel bankruptcy reporting templates to TWA for filing |
| LSS | PAR | 1012 | 04/01/16 | 75.00 | 1.00 | 75.00 | rev cr cd deposits w/TWA |
| LSS | TWA | 1020 | 04/01/16 | 200.00 | 3.00 | 600.00 | Prep projections and email to BG |
| LSS | TWA | 1024 | 04/01/16 | 200.00 | 1.50 | 300.00 | Review QB and issues with CC account; tel and emails w/ OCHB re: cc charges and reconciliation |
| LSS | TWA | 1024 | 04/02/16 | 200.00 | 2.00 | 400.00 | Review Jan-Mar in QB; email BG re: numerous open transaction for explanation; prep schedule of open items |
| LSS | TWA | 1008 | 04/04/16 | 200.00 | 0.50 | 100.00 | tel w/ Chris to review info needed for US Trustee - resend Projections w/s |
| LSS | TWA | 1044 | 04/05/16 | 200.00 | 1.50 | 300.00 | email re: info needed for MOR; tel and emails w/ attorney due to lack of info from BG; tel w/ Chris and Mike to schedule meeting for Wed am |
| LSS | TWA | 1020 | 04/06/16 | 200.00 | 1.00 | 200.00 | Prep for meeting w/ Debi and Mike re: Initial MOR |
| LSS | TWA | 1008 | 04/06/16 | 200.00 | 4.00 | 800.00 | Meeting w/ Debi and Mike to prepare Initial MOR, Jan-Feb MOR and prep Cash Flow worksheet |
| LSS | TWA | 1020 | 04/06/16 | 200.00 | 9.00 | 1800.00 | Prep Initial MOR and Jan-Feb MOR;  prepared report from 3pm-12pm after meeting w/ Debi & Mike all morning |
| LSS | TWA | 1020 | 04/07/16 | 200.00 | 1.00 | 200.00 | Finalize MOR and Initial MOR - meet w/ Debi and Michael for signatures and scan/email report to attorney |
| LSS | TWA | 1020 | 04/22/16 | 200.00 | 4.50 | 900.00 | Prep monthly report for March 2016 |
| LSS | PAR | 1012 | 04/22/16 | 75.00 | 1.00 | 75.00 | w/TWA re: report |
| | | | MOR - Bankruptcy report Totals | | 34.80 | 6,710.00 | |

**Baltimore Grill, Inc. Totals**　　　　　　108.40　15,055.00